UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASEAN CALVIN WILSON,

        Petitioner,         Case No. 1:17-cv-715

v.         Honorable Paul L. Maloney

TONY TRIERWEILER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated: August 29, 2017         /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge